IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOEL MARTINEZ, on behalf of himself and others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § | 5:15-CV-050-RP |
| | § | |
| CORNELL WIRELINE SERVICES, LLC, d/b/a CWES, LLC | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Before the Court is the above-styled cause of action. Plaintiff has asserted claims in the case under the Fair Labor Standards Act on behalf of himself and others similarly situated. Plaintiff has now filed notices informing the Court that both Named Plaintiff Joel Martinez (Dkt. #12) and sole Opt-In Plaintiff Juan Romo (Dkt. #13) have accepted offers of judgment from Defendant Cornell Wireline Services, LLC authorized by Federal Rule of Civil Procedure 68. Accordingly, the Court now renders the following Final Judgment pursuant to Federal Rules of Civil Procedure 58 and 68.

It is **ORDERED** that judgment is awarded in favor of Named Plaintiff Joel Martinez on his claim for unpaid overtime compensation under the Fair Labor Standards Act in the amount of $130,000.00 plus attorney's fees and costs. The parties agree that this sum includes all unpaid wages Mr. Martinez alleges he was denied, interest on the unpaid wages, and liquidated damages.

It is **FURTHER ORDERED** that judgment is awarded in favor of Opt-In Plaintiff Juan Romo on his claim for unpaid overtime compensation under the Fair Labor Standards Act in the amount of $42,000.00 plus attorney's fees and costs. The parties agree that this sum includes

1

all unpaid wages Mr. Romo alleges he was denied, interest on the unpaid wages, and liquidated damages.

It is **FURTHER ORDERED** that any request for costs and attorney's fees shall be filed no later than fourteen days from entry of judgment in this action.

It is **FURTHER ORDERED** that the judgment rendered herein shall bear the interest rate of 0.25% per annum from the date of judgment until paid.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on May 6, 2015.

_____
ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE