**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOEL MARTINEZ,** | § | |
| **on behalf of himself and all others** | § | |
| **similarly situated,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:15-cv-50** |
| | § | |
| **CORNELL WIRELINE SERVICES,** | § | |
| **LLC, d/b/a CWES, LLC** | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**SATISFACTION OF JUDGMENT**

The undersigned counsel acknowledges the receipt of $130,000.00 plus $8,177.76 in reasonable costs and attorney's fees, for a total of $138,177.76, in full satisfaction of the judgment, including interest, entered in the above styled case for Plaintiff Joel Martinez.  No amounts remain outstanding.

Furthermore, the undersigned counsel acknowledges the receipt of $42,000.00 plus $1,386.00 in reasonable costs and attorney's fees, for a total of $43,386.00, in full satisfaction of the judgment, including interest, entered in the above styled case for opt-in Plaintiff Juan Romo. No amounts remain outstanding.

The Clerk is hereby requested to mark the judgment "satisfied" and strike it from the judgment roll, or similar register.

Signed this the _____ day  of _____, 2015.


Respectfully submitted,


SATISFACTION OF JUDGMENT – P. 1

**THE YOUNG LAW FIRM, P.C.**

By:    /s/ Jeremi K. Young

    Jeremi K. Young
    State Bar No. 24013793
    Rachel Rustmann
    State Bar No. 24073653

    1001 S. Harrison, Suite 200
    Amarillo, Texas  79101
    (806) 331 – 1800
    (806) 398 – 9095 (fax)
    jyoung@youngfirm.com
    rachel@youngfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record via the Court's CM/ECF system on this 22nd day of May, 2015 as follows:

**HUNTON & WILLIAMS LLP**

Alan J. Marcuis
State Bar No. 24007601
Sarah E.W. McGahee
State Bar No. 24051488

Fountain Place
1445 Ross Ave., Suite 3700
Dallas, Texas 75201-3402
214.979.3000
214.880.0011 (fax)
amarcuis@hunton.com
smcgahee@hunton.com

**ATTORNEYS FOR DEFENDANT**

79431.000004 EMF_US 55558648v2